[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 04-14042
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 21, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-61145 CV-KAM

ALVIN STEWART,

Plaintiff-Appellant,

versus

BROWARD SHERIFF'S OFFICE,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 21, 2005)

Before HULL, MARCUS  and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we affirm the district court's grant of

summary judgment in favor of defendant-appellee Broward Sheriff's Office on the

basis of the district court's thorough and well-reasoned order of January 15, 2004.

**AFFIRMED.**